# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Antonio Sinclair ) | Case No: 3:01CR31-9 |
| ) | USM No: 16624-058 |
| Date of Previous Judgment: 12/10/01 ) | Claire Rauscher |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
■ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 35                Amended Offense Level: 33
Criminal History Category: III            Criminal History Category: III
Previous Guideline Range: 210 to 262 months    Amended Guideline Range: 168 to 210 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain): On 12/10/01, the defendant was sentenced to 120 months confinement which was 57% of the low end of the original guideline range for imprisonment. The defendant was originally sentenced after receiving a downward departure motion pursuant to USSG §5K1.1 but not 18 U.S.C. § 3553(e). As such, although the defendant is eligible for a retroactive crack cocaine reduction, he cannot be sentenced below the mandatory minimum sentence of 120 months, and therefore, his sentence cannot be reduced.

**III. ADDITIONAL COMMENTS**



Except as provided above, all provisions of the judgment dated 12/10/01 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: June 3, 2009

Effective Date: _____
(if different from order date)

Frank D. Whitney
United States District Judge